UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SF13210 (rev 02/2017)

In re:

**Ryan Dennis Greb**,
SSN: xxx–xx–5197     EIN: NA
    8425 N. Low Gap Road
    Unionville, IN 47468
        Debtor.

Case No. **20–02880–JJG–13**

## NOTICE OF FILING OF CHAPTER 13 PLAN

A Chapter 13 Plan was filed on May 14, 2020, by Debtor Ryan Dennis Greb. A copy of this document is attached.

**NOTICE IS GIVEN** that any objection to the Chapter 13 Plan must be filed with the Court at least **3 days** prior to the 341 meeting date or by June 15, 2020, whichever is later. Objections must comply with S.D.Ind. B–9013–1(d) and must be served on the attorney for the debtor and the chapter 13 trustee.

If no objections are filed, the Court may confirm the plan without conducting an actual hearing. Unresolved objections will be scheduled for hearing by the Court at a later date.

Dated: May 18, 2020

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court