UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NUMBER: 20-02880-JJG-13 |
| **Ryan Dennis Greb** ) | CHAPTER: 13 |
| ) | |
| **Debtor.** ) | |

### NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER'S NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE DUE TO THE COVID-19 PANDEMIC

Now comes Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ("Creditor"), by and through undersigned counsel, and hereby submits Notice to the Court of the Debtor's request for mortgage payment forbearance based upon a material financial hardship caused by the COVID-19 pandemic.

The Debtor recently contacted Creditor requesting a forbearance period of 3 months and has elected to not tender mortgage payments to Creditor that would come due on the mortgage starting April 1, 2020 through July 1, 2020. Creditor holds a secured interest in real property commonly known as 33 N Linwood Avenue, Indianapolis, IN 46201. Creditor, at this time, does not waive any rights to collect the payments that come due during the forbearance period. If the Debtor desires to modify the length of the forbearance period or make arrangements to care for the forbearance period arrears, Creditor asks that the Debtor or Counsel for the Debtor make those requests through undersigned counsel.

Per the request, Debtor will resume Mortgage payments beginning August 1, 2020 and will be required to cure the delinquency created by the forbearance period (hereinafter "forbearance arrears"). Creditor has retained undersigned counsel to seek an agreement with

Debtor regarding the cure of the forbearance arrears and submit that agreement to the Court for approval. If Debtor fails to make arrangements to fully cure the forbearance arrears, Creditor reserves it rights to seek relief from the automatic stay upon expiration of the forbearance period.

By /s/ Jessica S Owens
Attorneys for Nationstar Mortgage LLC d/b/a Mr. Cooper
Doyle & Foutty, P.C.
41 E Washington Street, Suite 400
Indianapolis, IN 46204
Phone: (317) 264-5000
Fax: (317) 264-5400
Email: bankruptcy@doylefoutty.com

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing has been served upon the following electronically or by first class, United States mail, postage prepaid or electronic mail, on May 29, 2020, the same as the date of filing in the United States Bankruptcy Court:

Ryan Dennis Greb, 5445 Southeastern Ave, Indianapolis, IN 46203
Scott A. Kainrath, Kainrath Law Firm, P.C., 1601 S. Anderson Street, Elwood, IN 46036, scott@kainrathlaw.com
John Morgan Hauber, 320 N. Meridian St, Ste. 200, Indianapolis, IN 46204, ecfmail@hauber13.com
U.S. Trustee, 101 W. Ohio Street, Ste. 1000, Indianapolis, IN 46204

By /s/ Jessica S Owens
Attorneys for Nationstar Mortgage LLC d/b/a Mr. Cooper
Doyle & Foutty, P.C.
41 E Washington Street, Suite 400
Indianapolis, IN 46204
Phone: (317) 264-5000
Fax: (317) 264-5400
Email: bankruptcy@doylefoutty.com

S. Brent Potter (10900-49)
Tina M. Caylor (30994-49)
David M. Johnson (30354-45)
Alan W. McEwan (24051-49)
Matthew L. Foutty (20886-49)
Maura E. Binder (34314-22)
Craig D. Doyle (4783-49)
Jessica S. Owens (26533-49)
DOYLE & FOUTTY, P.C.
41 E Washington St., Suite 400
Indianapolis, IN 46204
Phone: 317-264-5000
Fax: 317-264-5400